Raagini Shah (SBN 268022)
rshah@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Jamie Knauer (SBN 316982)
Email:  jknauer@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:  +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Defendant
U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust 2007-WFHE3, Asset-Backed Pass-Through Certificates, Series 2007-WFHE3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS W. ORR and PATRA ORR,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST 2007-WFHE3, ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-WFHE3; and DOES 1-10, inclusive,<br><br>Defendants. | No.<br><br>[Removal From Superior Court Of California, County of  Sonoma, Case No. SCV-262-653]<br><br>**DEFENDANT U.S. BANK, N.A.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Compl. Filed:        June 19, 2018<br><br>[Filed concurrently with Notice of Removal of Action, 28 U.S.C. 1332 and 1441 (Diversity); Civil Cover Sheet] |

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND PLAINTIFF**

This Certification of Interested Entities or Persons is filed by Defendant U.S. Bank National Association, in compliance with Federal Rule of Civil Procedure 7.1.  Defendant hereby declares:

– 1 –

DEFENDANT U.S. BANK, NATIONAL ASSOCIATION'S CERTIFICATION OF INTEREST ENTITIES OR PERSONS

U.S. Bank is a wholly owned subsidiary of U.S. Bankcorp, Inc.  U.S. Bankcorp, Inc. is a publicly traded corporation in which no one owns over 10% of its stock.

Dated:  July 20, 2018                                        REED SMITH LLP


By:   */s/Jamie Knauer*
         Jamie Knauer
         Raagini Shah
         Attorneys for Defendant
         U.S. Bank National Association, as Trustee
         for Citigroup Mortgage Loan Trust
         2007WFHE3, Asset-Backed Pass-Through
         Certificates, Series 2007-WFHE3