# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS W. ORR, ET AL.,** | CASE NO. 18-cv-04407-YGR |
| Plaintiffs, | |
| vs. | **ORDER DENYING MOTION TO DISMISS AS MOOT** |
| **U.S. BANK NATIONAL ASSOCIATION,** | Re: Dkt. No. 13 |
| Defendant. | |

On August 27, 2018, defendant U.S. Bank National Association filed a Motion to Dismiss Plaintiffs' Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(7). (Dkt. No. 13.)

On September 7, 2018, plaintiffs filed an amended complaint. (Dkt. No. 15.) In light of the filing of the amended complaint, the Motion to Dismiss is **DENIED AS MOOT**. The hearing set for November 13, 2018 is **VACATED**.

This Order terminates Docket Number 13.

**IT IS SO ORDERED.**

Dated: September 11, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**