**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THOMAS W. ORR, ET AL.,** | CASE NO. 18-cv-04407-YGR |
| Plaintiffs, | |
| vs. | **ORDER DISMISSING ACTION FOR FAILURE TO FILE SECOND AMENDED COMPLAINT** |
| **U.S. BANK NATIONAL ASSOCIATION,** | |
| Defendant. | |

On January 8, 2019, the Court issued an order granting defendant's motion to dismiss plaintiffs' first amended complaint, pursuant to Federal Rule of Civil Procedure 12(b)(7). (Dkt. No. 27.)  Therein, the Court stated: "Should plaintiffs elect to file a Second Amended Complaint, they must do so no later than **twenty-one (21) days** from the date of this Order and must either join all necessary parties or indicate why doing so is not feasible under Federal Rule of Civil Procedure 19(c)." (*Id*. at 5 (emphasis in original).)

To date, plaintiffs have not filed a second amended complaint.  Accordingly, this action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: February 4, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**