UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS W. ORR, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. BANK NATIONAL ASSOCIATION, et al.,<br><br>　　　　　　Defendants. | Case No. 21-cv-02453-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *Orr v. U.S. Bank National Association,* 18-cv-04407-YGR.

　　　　**IT IS SO ORDERED.**

Dated: April 6, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge